**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
dstevens@scura.com
David L. Stevens
*Counsel for Debtor*

| | |
|---|---|
| In re:<br><br>**SHAMS QURESHI,**<br><br><br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 13<br>Case No.  19-11432 (RG)<br>Honorable Rosemary Gambardella<br><br>**NOTICE OF MOTION FOR AN ORDER FINDING BAYVIEW LOAN SERVICING IN VIOLATION OF AUTOMATIC STAY AND FOR SANCTIONS**<br>**Hearing Date: April 3, 2019 @ 10 am** |

**TO:  All Parties-in-Interest**

The Debtor Shams Qureshi has filed papers with the Court for an Dismissing the Case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to rule in the Movant's favor, or if you want the Court to consider your views on this motion, then on or before the scheduled hearing, you or your attorney must:

File with the Court a written request for a hearing (or, *if the Court requires a written response*, an answer, explaining your position(s)) at:

UNITED STATES BANKRUPTCY COURT
MARTIN LUTHER KING, JR. FEDERAL BUILDING
50 WALNUT STREET
NEWARK, NJ 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

>DAVID L. STEVENS, ESQ.
>SCURA, WIGFIELD, HEYER,
>STEVENS & CAMMAROTA, LLP
>1599 HAMBURG TURNPIKE
>WAYNE, NJ 07470

And:

>MARIE-ANN GREENBERG, ESQ., TRUSTEE
>30 TWO BRIDGES ROAD – SUITE 330
>FAIRFIELD, NJ 07004

Attend the hearing scheduled by the Court in the Order Shortening Time before the Honorable Vincent F. Papalia in the United States Bankruptcy Court located at 50 Walnut Street, in the Martin Luther King, Jr. Federal Building in Newark, NJ on the date to be determined by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief

**PLEASE TAKE FURTHER NOTICE** that oral argument is only requested if the motion is contested or so directed by the Court; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached Certification of Counsel.

>**SCURA, WIGFIELD, HEYER,**
>**STEVENS & CAMMAROTA, LLP**
>Counsel for Debtor

Dated: March 26, 2019        _/s/ David L. Stevens_
                             By: David L. Stevens