**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq.
Joshua H. Raymond, Esq.
*Special Bankruptcy Counsel for Allstate Insurance Company,*
*Allstate New Jersey Insurance Company,*
*Continental Insurance Company and*
*Commercial Insurance of Newark, NJ, and Encompass*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SHAMS QURESHI,<br><br>            Debtor. | Case No. 19-11432(VFP)<br><br>Honorable Vincent F. Papalia<br><br>Chapter 13<br><br>Hearing Date:<br>Hearing Time: |

**NOTICE OF MOTION TO COMPEL ASRA QURESHI TO**
**RESPOND TO AND COMPLY WITH SUBPOENA**

TO:   Office of the United States Trustee         Asra Qureshi
      One Newark Center, Suite 2100               Via email only –
      Newark, New Jersey 07102                    Trust28@yahoo.com

      David L. Stevens, Esq.                      Marie-Ann Greenberg, Esq.
      Scura, Wigfield, Heyer,                     Chapter 13 Standing Trustee
      Stevens & Cammarota, LLP                    30 Two Bridges Rd Suite 330
      1599 Hamburg Turnpike, Suite A              Fairfield, NJ 07004
      Wayne, NJ 07470

**PLEASE TAKE NOTICE** on the    day of    **, 2019,** at **10:00 a.m.,** or as soon thereafter as counsel can be heard Allstate New Jersey Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate New Jersey Property and Casualty Insurance Company and Encompass Insurance, f/k/a Continental Insurance Company and Commercial Insurance Company of Newark, NJ (collectively,

"Allstate"), by and through its special counsel, McManimon Scotland and Baumann, LLC, shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, for the entry of an Order: (i) adjudicating that Asra Qureshi violated Allstate's rights as a litigant by failing to comply with a Rule 2004 Subpoena; (ii) compelling Asra Qureshi to immediately furnish the requested documents set forth in the Subpoena previously served and appear for the taking of her deposition; (iii) directing that, if Asra Qureshi fails to appear in Court and/or comply with an order of this Court requiring her to produce documents and appear for the taking of her deposition, she shall be arrested by the United States Marshall and confined until further hearing before the Court; (iv) directing that, if Asra Qureshi fails to appear in Court on the date written above, she shall pay Allstate's attorney fees in connection with this motion and be subject to arrest, and (v) granting such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary, and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be simultaneously served on McManimon, Scotland, Baumann LLC, 75 Livingston Avenue, Roseland, New Jersey

4812-7358-5301, v. 1

07068 (Attention: Joshua H. Raymond, Esq.), and shall be served in accordance with the General Order, the Supplemental Commentary, *and D.N.J. LBR 9013-1, as amended December 1, 2009*, so as to be received no later than seven (7) days before the *return date of the Motion*.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Allstate shall rely upon the Verified Application and the proposed form of order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, this matter does not involve complex factual or legal issues. The Verified Application submitted herewith contains the applicable facts and law. Accordingly, no memorandum of law is being submitted herewith. Nonetheless, Allstate reserves the right to submit a memorandum of law subsequent hereto if deemed appropriate.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested pursuant to D.N.J. LBR 9013-1(f).

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-2, no brief is being submitted as the relief requested by Allstate is fully set forth in the supporting Verified Application.

**PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-1(i), unless the Court authorizes or directs otherwise, prior to the return date hereof, no testimony shall be taken at the hearing on this motion except by certification or affidavit.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Special Bankruptcy Counsel for Allstate Insurance Company, Allstate New Jersey Insurance Company, Continental Insurance Company and Commercial Insurance of Newark, NJ, and Encompass*

By: */s/ Joshua H. Raymond*
JOSHUA H. RAYMOND

Dated: May 9, 2019

4