**MS&B**  McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068
(973) 622-1800

**Joshua H. Raymond, Esq.**
Direct Dial: 973-721-5031
Email: jraymond@msbnj.com

May 16, 2019

Client No.050845-0023

**Via ECF**

Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
King Federal Building
50 Walnut Street, Third Floor
Newark, New Jersey 07102

        Re:    **Shams Qureshi**
                **Case No. 19-11432 (RG)**
                **Evidentiary *Hearing Date: July 24, 2019, at 10:00 a.m.***

Dear Judge Papalia:

        In connection with the above captioned matter, pursuant to Your Honor's instructions during the Case Management Conference earlier today, an Evidentiary Hearing has been scheduled by Your Honor for July 24, 2019, at 10:00 a.m. Shams Qureshi, Asra Qureshi and Teresa Vargas shall appear and testify at such Evidentiary Hearing.

        In advance of the Evidentiary Hearing, discovery may be served on the limited issues presently before the Court regarding the authority for filing the bankruptcy petition in the above captioned case and the authority to dismiss same as well.

        Thank you for Your Honor's consideration in this matter.

                                          Respectfully submitted,

                                          Joshua H. Raymond

cc:    Daniel S. Hunczak, Esq. (via email)
        David Stevens, Esq. (via email)
        Suzanne Brodock, Esq. (via email)
        Christopher Miller, Esq. (via email)

4824-8278-4916